Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>ALLEN L. WOLL AND<br>PEMELA WOLL,<br><br>Debtors. | Bankruptcy No. 11-22354 WTT<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL CLAIMS** |
|---|---|

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 0.38% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 2 | Gill Studios<br>PO Box 2909<br>Shawnee Mission, KS 66201 | $0.88 |
| 4 | Ash City, USA<br>17000 West 116th Street | $2.97 |

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 6 | Southwest Plastic Binding Co.<br>PO Box 150<br>Maryland Heights, MO 63043 | $3.33 |
| 14 | FedEx TechConnect, Inc.<br>Attn. Rev Recovery Bankruptcy<br>3965 Airways Blvd Module G 3rd Floor<br>Memphis, TN 38116 | $3.30 |
| 21 | Topar Mfg. Co., Inc.<br>5 Vreeland Road<br>Florham Park, NJ 07932 | $2.37 |
| 23-2 | Progress Commercial Printing & Graphics<br>1750 West Second Street<br>Owensboro, KY 42301 | $1.35 |
| 26 | Carlson Craft<br>PO Box 8700<br>Mankato, MN 56002 | $0.84 |
| 27 | Yellow Book Sales and Distributing Company<br>c/o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, MD 21094 | $2.03 |

3.   A check in the amount of $17.07 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 30 day of August, 2011.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

_/s/ Marlene Clarke_

4812-3003-4954, v. 1